UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LANGUAGE LINE SERVICES, INC.,

    Plaintiff(s),                        No. C 12-0359 PJH

    v.                                 **ORDER TO SHOW CAUSE**

LANGUAGE SELECT, LLC, et al.,

    Defendant(s).

_____/

    Plaintiff in the above-entitled matter having failed to appear at the case management conference on May 3, 2012, and defendants having appeared at that proceeding in compliance with the court's order,

    THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

    The hearing on the order to show cause will be held on **May 17, 2012 at 2:00 p.m.** If plaintiff fails to appear again, the case sanctions will be imposed and may take the form of a dismissal for failure to prosecute.

    Defendants' counsel traveling from out of town need not appear again as long as local counsel is present.

    **IT IS SO ORDERED.**

Dated: May 3, 2012

                                                _____
                                                PHYLLIS J. HAMILTON
                                                United States District Judge